

**Texas Secretary of State**
**Hope Andrade**

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 801007497 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | July 22, 2008 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32037575803 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Information Protection and Authentication of Texas, LLC | | |
| **Address:** | 104 E HOUSTON ST STE 170 MARSHALL, TX 756704144 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| ☑ | 223110820002 | Certificate of Formation | July 22, 2008 | July 22, 2008 | No | 3 |
| ☑ | 227859110002 | Certificate of Amendment | August 28, 2008 | August 28, 2008 | No | 3 |
| ☑ | 242605600002 | Change of Registered Agent/Office | January 13, 2009 | January 13, 2009 | No | 2 |
| ☑ | 242683160002 | Certificate of Amendment | January 13, 2009 | January 13, 2009 | No | 3 |

[Order]  [Return to Search]

**Instructions:**
• To place an order for additional information about a filing press the 'Order' button.



EXHIBIT A

https://direct.sos.state.tx.us/corp_inquiry/corp_inquiry-entity.asp?spage=docs&:Spagefrom=...   3/3/2009

Jul. 22. 2008  4:01PM    Zenerji LLC                                    No. 1217  .P. 3

**Form 205**
(Revised 01/06)

Return in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512 463-5709
Filing Fee: $300



**Certificate of Formation**
**Limited Liability Company**

This space reserved for office use.

**FILED**
In the Office of the
Secretary of State of Texas
**JUL 22 2008**
Corporations Section

---

**Article 1 – Entity Name and Type**

The filing entity being formed is a limited liability company. The name of the entity is:

Information Firewalls of Texas, LLC

The name must contain the words "limited liability company," "limited company," or an abbreviation of one of those phrases.

---

**Article 2 – Registered Agent and Registered Office**
(Select and complete either A or B and complete C)

☐ A. The initial registered agent is an organization (cannot be entity named above) by the name of:

_____

OR

☒ B. The initial registered agent is an individual resident of the state whose name is set forth below:

| Jackie | A. | Sweigart | |
|--------|------|-----------|--------|
| First Name | M.I. | Last Name | Suffix |

C. The business address of the registered agent and the registered office address is:

| 104 E. Houston Street, Suite 141 | Marshall | TX | 75670 |
|----------------------------------|----------|------|----------|
| Street Address | City | State | Zip Code |

---

**Article 3 – Governing Authority**
(Select and complete either A or B and provide the name and address of each governing person.)

☐ A. The limited liability company will have managers. The name and address of each initial manager are set forth below.

☒ B. The limited liability company will not have managers. The company will be governed by its members, and the name and address of each initial member are set forth below.

**NAME OF GOVERNING PERSON** (Enter the name of either an individual or an organization, but not both.)

IF INDIVIDUAL

| Addison | M | Fischer | |
|---------|-----|---------|--------|
| First Name | M.I. | Last Name | Suffix |

OR

IF ORGANIZATION

_____
Organization Name

**ADDRESS OF GOVERNING PERSON**

| 104 E. Houston Street, Suite 141 | Marshall | TX | USA | 75670 |
|----------------------------------|----------|------|------|----------|
| Street or Mailing Address | City | State | Country | Zip Code |

Form 205                                4

| NAME OF GOVERNING PERSON (Enter the name of either an individual or an organization, but not both.) | | | | | |
|---|---|---|---|---|---|
| IF INDIVIDUAL | | | | | |
| First Name | M.I. | Last Name | | | Suffix |
| OR | | | | | |
| IF ORGANIZATION | | | | | |
| Organization Name | | | | | |

| ADDRESS OF GOVERNING PERSON | | | | |
|---|---|---|---|---|
| Street or Mailing Address | City | State | Country | Zip Code |

| NAME OF GOVERNING PERSON (Enter the name of either an individual or an organization, but not both.) | | | | | |
|---|---|---|---|---|---|
| IF INDIVIDUAL | | | | | |
| First Name | M.I. | Last Name | | | Suffix |
| OR | | | | | |
| IF ORGANIZATION | | | | | |
| Organization Name | | | | | |

| ADDRESS OF GOVERNING PERSON | | | | |
|---|---|---|---|---|
| Street or Mailing Address | City | State | Country | Zip Code |

### Article 4 – Purpose

The purpose for which the company is formed is for the transaction of any and all lawful purposes for which a limited liability company may be organized under the Texas Business Organizations Code.

### Supplemental Provisions/Information

Text Area: [The attached addendum, if any, is incorporated herein by reference.]

| Organizer |
|---|

The name and address of the organizer:

Keith Machen
*Name*

104 E. Houston Street, Suite 141        Marshall        TX    75670
*Street or Mailing Address*              *City*          *State*  *Zip Code*

| Effectiveness of Filing (Select either A, B, or C) |
|---|

A. ☒ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of the future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

_____

| Execution |
|---|

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date: July 22, 2008

                                                _____
                                                Signature of organizer

Form 205                                        6

Jan. 13. 2009  4:46PM   Zenerji LLC                                    No. 1630   P. 2

Form 424
(Revised 01/06)

Return in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512/463-5709
Filing Fee: See Instructions



Certificate of Amendment

This space reserved for office use.

**FILED**
In the Office of the
Secretary of State of Texas

JAN 13 2009

Corporations Section

### Entity Information

The name of the filing entity is:

Information Protection and Authentication of Texas, LLC

State the name of the entity as currently shown in the records of the secretary of state. If the amendment changes the name of the entity, state the old name and not the new name.

The filing entity is a: (Select the appropriate entity type below.)

☐ For-profit Corporation           ☐ Professional Corporation
☐ Nonprofit Corporation            ☐ Professional Limited Liability Company
☐ Cooperative Association          ☐ Professional Association
☒ Limited Liability Company        ☐ Limited Partnership

The file number issued to the filing entity by the secretary of state is: _____

The date of formation of the entity is: _____

### Amendments

**1. Amended Name**
(If the purpose of the certificate of amendment is to change the name of the entity, use the following statement)

The amendment changes the certificate of formation to change the article or provision that names the filing entity. The article or provision is amended to read as follows:

The name of the filing entity is: (state the new name of the entity below)

_____

The name of the entity must contain an organizational designation or accepted abbreviation of such term, as applicable.

**2. Amended Registered Agent/Registered Office**

The amendment changes the certificate of formation to change the article or provision stating the name of the registered agent and the registered office address of the filing entity. The article or provision is amended to read as follows:

Form 424                                       6

Jan. 13. 2009  4:46PM   Zenerji LLC                                    No. 1630   P. 3

### Registered Agent
(Complete either A or B, but not both. Also complete C.)

☐ A. The registered agent is an organization (cannot be entity named above) by the name of:

_____

OR

☐ B. The registered agent is an individual resident of the state whose name is:

_____
First Name              MI         Last Name                    Suffix

C. The business address of the registered agent and the registered office address is:

104 E. Houston Street, Suite 170          Marshall          TX      75670
Street Address (No P.O. Box)              City              State   Zip Code

### 3. Other Added, Altered, or Deleted Provisions

Other changes or additions to the certificate of formation may be made in the space provided below. If the space provided is insufficient, incorporate the additional text by providing an attachment to this form. Please read the instructions to this form for further information on format.

Text Area (The attached addendum, if any, is incorporated herein by reference.)

☐ Add each of the following provisions to the certificate of formation. The identification or reference of the added provision and the full text are as follows:

☒ Alter each of the following provisions of the certificate of formation. The identification or reference of the altered provision and the full text of the provision as amended are as follows:

Article 3 & 4

Address shall be: 104 E. Houston Street, Suite 170, Marshall, TX 75670

☐ Delete each of the provisions identified below from the certificate of formation.

### Statement of Approval

The amendments to the certificate of formation have been approved in the manner required by the Texas Business Organizations Code and by the governing documents of the entity.

Form 424                                   7

Jan. 13. 2009  4:46PM    Zenerji LLC                                    No. 1630    P. 4

## Effectiveness of Filing (Select either A, B, or C.)

A. ☒ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of a future event or fact, other than the passage of time. The 90th day after the date of signing is: _____
The following event or fact will cause the document to take effect in the manner described below:

_____

_____

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date:  1/13/09

_____
Signature and title of authorized person(s) (see instructions)

Form 424                                                8

Jan. 13. 2009 11:55AM   Zenerji LLC                                No. 1623   P. 2

| Form 401 (Revised 01/06) Return in duplicate to: Secretary of State P.O. Box 13697 Austin, TX 78711-3697 512 463-5555 FAX: 512/463-5709 Filing Fee: See instructions |  Statement of Change of Registered Office/Agent | This space reserved for office use. F I L E D In the Office of the Secretary of State of Texas JAN 13 2009 Corporations Section |

### Entity Information

The name of the entity is:

Information Protection and Authentication of Texas, LLC
State the name of the entity as currently shown in the records of the secretary of state.

The file number issued to the filing entity by the secretary of state is:  801007497

The registered agent and registered office of the entity as currently shown on the records of the secretary of state are:   104 E. Houston Street, Suite 141, Marshall, Texas 75670

### Change to Registered Agent/Registered Office

The certificate of formation or registration is modified to change the registered agent and/or office of the filing entity as follows:

**Registered Agent Change**
(Complete either A or B, but not both. Also complete C if the address has changed.)

☐ A. The new registered agent is an organization (cannot be entity named above) by the name of:

_____

OR

☐ B. The new registered agent is an individual resident of the state whose name is:

_____
*First Name*                    *M.I.*          *Last Name*                       *Suffix*

**Registered Office Change**

☒ C. The business address of the registered agent and the registered office address is changed to:

104 E. Houston Street, Suite 170            Marshall              TX     75670
*Street Address (No P.O. Box)*              *City*                *State*  *Zip Code*

The street address of the registered office as stated in this instrument is the same as the registered

Form 401                                           3

Jan. 13. 2009 11:55AM   Zenerji LLC                              No. 1623   P. 3

agent's business address.

### Statement of Approval

The change specified in this statement has been authorized by the entity in the manner required by the BOC or in the manner required by the law governing the filing entity, as applicable.

### Effectiveness of Filing (Select either A, B, or C.)

A. ☒ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of a future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

_____

_____

### Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date:  1/13/09

_____

Signature and title of authorized person (see instructions)

Form 401                              4

Aug. 28. 2008  2:49PM   Zenerji LLC                                    No. 1318   P. 3

| Form 424 (Revised 01/06) | | This space reserved for office use. |
|---|---|---|
| Return in duplicate to: Secretary of State P.O. Box 13697 Austin, TX 78711-3697 512 463-5555 FAX: 512/463-5709 Filing Fee: See Instructions |  Certificate of Amendment | FILED In the Office of the Secretary of State of Texas AUG 28 2008 Corporations Section |

### Entity Information

The name of the filing entity is:

Information Firewalls of Texas, LLC

State the name of the entity as currently shown in the records of the secretary of state. If the amendment changes the name of the entity, state the old name and not the new name.

The filing entity is a: (Select the appropriate entity type below.)

☐ For-profit Corporation            ☐ Professional Corporation
☐ Nonprofit Corporation             ☐ Professional Limited Liability Company
☐ Cooperative Association           ☐ Professional Association
☒ Limited Liability Company         ☐ Limited Partnership

The file number issued to the filing entity by the secretary of state is: 801007497

The date of formation of the entity is: 07/22/08

### Amendments

**1. Amended Name**
(If the purpose of the certificate of amendment is to change the name of the entity, use the following statement)

The amendment changes the certificate of formation to change the article or provision that names the filing entity. The article or provision is amended to read as follows:

The name of the filing entity is: (state the new name of the entity below)

Information Protection and Authentication of Texas, LLC

The name of the entity must contain an organizational designation or accepted abbreviation of such term, as applicable.

**2. Amended Registered Agent/Registered Office**

The amendment changes the certificate of formation to change the article or provision stating the name of the registered agent and the registered office address of the filing entity. The article or provision is amended to read as follows:

Form 424                                     6

Aug. 28. 2008  2:49PM     Zenerji LLC                               No. 1318   P. 4

### Registered Agent
(Complete either A or B, but not both. Also complete C.)

☐ A. The registered agent is an organization (cannot be entity named above) by the name of:

_____

OR

☐ B. The registered agent is an individual resident of the state whose name is:

_____
*First Name*                    *M.I.*          *Last Name*                          *Suffix*

C. The business address of the registered agent and the registered office address is:

                                                                TX
_____
*Street Address (No P.O. Box)*            *City*                  *State*   *Zip Code*

### 3. Other Added, Altered, or Deleted Provisions

Other changes or additions to the certificate of formation may be made in the space provided below. If the space provided is insufficient, incorporate the additional text by providing an attachment to this form. Please read the instructions to this form for further information on format.

Text Area (The attached addendum, if any, is incorporated herein by reference.)

```
☐ Add each of the following provisions to the certificate of formation. The identification or
reference of the added provision and the full text are as follows:



```

```
☐ Alter each of the following provisions of the certificate of formation. The identification or
reference of the altered provision and the full text of the provision as amended are as follows:



```

```
☐ Delete each of the provisions identified below from the certificate of formation.



```

### Statement of Approval

The amendments to the certificate of formation have been approved in the manner required by the Texas Business Organizations Code and by the governing documents of the entity.

Form 424                                        7

Aug. 28. 2008  2:49PM    Zenerji LLC                                  No. 1318   P. 5

| Effectiveness of Filing (Select either A, B, or C.) |
|---|

A. ☒ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of a future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

_____

_____

| Execution |
|---|

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date:  8/28/08

_____ak~n_____

_MANAGING MEMBER_

Signature and title of authorized person(s) (see instructions)

Form 424                                    8