FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | H |

Previous on List    Next on List    Return To List

Events                    Name History

Entity Name !

# Detail by Entity Name

## Florida Limited Liability Company

GLOBAL INNOVATION TECHNOLOGY HOLDINGS, LLC

### Filing Information

**Document Number** L08000087145
**FEI Number** NONE
**Date Filed** 09/12/2008
**State** FL
**Status** ACTIVE
**Effective Date** 09/12/2008
**Last Event** LC AMENDMENT AND NAME CHANGE
**Event Date Filed** 09/23/2008
**Event Effective Date** NONE

### Principal Address

5801 PELICAN BAY BLVD.
104
NAPLES FL 34108 US

### Mailing Address

PO BOX 5189
NAPLES FL 34101-7189 US

### Registered Agent Name & Address

MACHEN, A. KEITH ESQ.
5801 PELICAN BAY BLVD.
104
NAPLES FL 34108 US

### Manager/Member Detail

**Name & Address**

Title MGR

FISCHER, ADDISON M
5801 PELICAN BAY BLVD., SUITE 104
NAPLES FL 34108 US

Title MGRM

**EXHIBIT**

B

MACHEN, A. KEITH
5801 PELICAN BAY BLVD., SUITE 104
NAPLES FL 34108 US

## Annual Reports

**No Annual Reports Filed**

## Document Images

| | |
|---|---|
| 09/23/2008 -- LC Amendment and Name Change | View image in PDF format |
| 09/12/2008 -- Florida Limited Liability | View image in PDF format |

Note: This is not official record. See documents if question or conflict.

**Previous on List    Next on List    Return To List**

**Events          Name History**

Entity Name :

Home  Contact us  Document Searches  E-Filing Services  Forms  Help
Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.

# Electronic Articles of Organization
## For
# Florida Limited Liability Company

L08000087145
FILED 8:00 AM
September 12, 2008
Sec. Of State
nculligan

## Article I

The name of the Limited Liability Company is:

INNOVATIVE TECHNOLOGY HOLDINGS, LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

5801 PELICAN BAY BLVD.
104
NAPLES, FL. US 34108

The mailing address of the Limited Liability Company is:

PO BOX 5189
NAPLES, FL. US 341017189

## Article III

The purpose for which this Limited Liability Company is organized is:

ANY AND ALL LAWFUL BUSINESS.

## Article IV

The name and Florida street address of the registered agent is:

A. KEITH MACHEN ESQ.
5801 PELICAN BAY BLVD.
104
NAPLES, FL. 34108

Having been named as registered agent and to accept service of process
for the above stated limited liability company at the place designated
in this certificate, I hereby accept the appointment as registered agent
and agree to act in this capacity. I further agree to comply with the
provisions of all statutes relating to the proper and complete performance
of my duties, and I am familiar with and accept the obligations of my
position as registered agent.

Registered Agent Signature:  A. KEITH MACHEN, ESQ.

## Article V

The name and address of managing members/managers are:

Title:  MGR
ADDISON M FISCHER
5801 PELICAN BAY BLVD., SUITE 104
NAPLES, FL.  34108  US

L08000087145
FILED 8:00 AM
September 12, 2008
Sec. Of State
nculligan

## Article VI

The effective date for this Limited Liability Company shall be:

09/12/2008

Signature of member or an authorized representative of a member

Signature: A. KEITH MACHEN

# ARTICLES OF AMENDMENT
## TO
## ARTICLES OF ORGANIZATION
## OF

INNOVATIVE TECHNOLOGY HOLDINGS, LLC
_____
**(Name of the Limited Liability Company as it now appears on our records.)**
(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on _9/12/2008_____ and assigned

Florida document number _L08000087145_____.

This amendment is submitted to amend the following:

**A. If amending name, enter the new name of the limited liability company here:**

GLOBAL INNOVATION TECHNOLOGY HOLDINGS, LLC
The new name must be distinguishable and end with the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

**Enter new principal offices address, if applicable:**

*(Principal office address MUST BE A STREET ADDRESS)*

**Enter new mailing address, if applicable:**

*(Mailing address MAY BE A POST OFFICE BOX)*

FILED
2008 SEP 23 A 10: 20
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

**B.  If amending the registered agent and/or registered office address on our records, enter the name of the new registered agent and/or the new registered office address here:**

Name of New Registered Agent: _____

New Registered Office Address: _____

_____
(Enter Florida street address)

_____, **Florida** _____
(City)                                            (Zip Code)

**New Registered Agent's Signature, if changing Registered Agent:**

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statues relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 608, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

_____
(If Changing Registered Agent, **Signature of New Registered Agent**)

**Page 1 of 2**

If amending the Managers or Managing Members on our records, <u>enter the title, name, and address of each Manager or Managing Member being added or removed from our records:</u>

MGR = **Manager**
MGRM = **Managing Member**

| <u>Title</u> | <u>Name</u> | <u>Address</u> | <u>Type of Action</u> |
|---|---|---|---|
| MGRM | A. KEITH MACHEN | 5801 PELICAN BAY BLVD., SUITE 104<br>NAPLES, FL 34108 | ☑ Add<br>☐ Remove |
| | | | ☐ Add<br>☐ Remove |
| | | | ☐ Add<br>☐ Remove |
| | | | ☐ Add<br>☐ Remove |
| | | | ☐ Add<br>☐ Remove |
| | | | ☐ Add<br>☐ Remove |

**D. If amending any other information, enter change(s) here:** *(Attach additional sheets, if necessary.)*

2008 SEP 23 A D 2 6:
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

FILED

Dated SEPTEMBER 19 , 2008

*Signature of a member or authorized representative of a member*

A. Keith Machen

*Typed or printed name of signee*

**Page 2 of 2**

**Filing Fee: $25.00**