UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

(1) GLOBAL INNOVATION TECHNOLOGY
HOLDINGS, LLC, and
(2) INFORMATION PROTECTION AND
AUTHENTICATION OF TEXAS, LLC,

      Plaintiffs,

  v.

(1) ACER AMERICA CORP.,
(2) ALIENWARE CORP.,
(3) AMERICAN FUTURE TECHNOLOGY CORP.,
D/B/A IBUYPOWER COMPUTER,
(4) APPLE INC.,
(5) ASUS COMPUTER INTERNATIONAL,
(6) DELL INC.,
(7) FUJITSU COMPUTER SYSTEMS CORP.,
(8) GATEWAY, INC.,
(9) LENOVO (UNITED STATES) INC.,
(10) MOTION COMPUTING, INC., AND
(11) PANASONIC CORP. OF NORTH AMERICA,

      Defendants.

Civil Action No. 2:09-cv-198 DF

**[PROPOSED] ORDER**

Defendants Acer America Corp., Alienware Corp., American Future Technology Corp., Dell Inc., Fujitsu Computer Systems Corp., Gateway, Inc., Lenovo (United States) Inc., Motion Computing, Inc., and Panasonic Corp. of North America (collectively "Hardware-only Defendants") having moved for an Order to Stay Proceedings against the Hardware-only Defendants in this action pending resolution of the patent infringement claims asserted against the software defendants ("Software Developers") in another suit currently before this Court in the Eastern District of Texas, Civil Action No. 2:08-cv-00484;

- 2 -

Upon consideration of said motion and the submissions of the parties, IT IS HEREBY ORDERED that Defendants' motion is granted in full, and this action is hereby stayed pending resolution of the claims asserted against the Software Developers in Civil Action No. 2:08-cv-00484.

IT IS SO ORDERED.